BRIAN J. WRIGHT (Bar No. 166753)
LAPIDUS & LAPIDUS, P.L.C.
177 South Beverly Drive
Beverly Hills, CA 90212
Ph: (310) 550-8700

Counsel for Plaintiff Axiom Foods, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXIOM FOODS, INC., a California corporation,<br><br>Plaintiff(s)<br>v.<br><br>RICE PROTEIN TECHNOLOGIES, LLC, a California limited liability company;<br><br>Defendant(s). | CASE NUMBER<br>2:08-mc-00079-JAM-DAD<br><br>ORDER<br>TO APPEAR FOR EXAMINATION RE:<br>☒ ENFORCEMENT OF JUDGMENT<br>☐ ATTACHMENT(Third Person)<br><br>☒ Judgment Debtor   ☐ Third Person |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment/Attachment, hereby **ORDERS** the Application  ☐ GRANTED  ☐ DENIED.

TO:  _____RICE PROTEIN TECHNOLOGIES, LLC_____
        *(Name of person to Appear)*

**YOU ARE ORDERED TO APPEAR** personally before this Court, to:

☒ furnish information to aid in enforcement of a money judgment against you.
☐ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
☐ answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.

You are ordered to appear on August 22, 2008, at 10 a.m. at Room 27, United States District Court, Eastern District of California, 501 I Street, Sacramento, California 95814.

This order may be served by a sheriff, marshal, or registered process server. This order must be served not less than 10 days before the date set for the examination.

NOTICE TO JUDGMENT DEBTOR: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION: It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

Date: 7/14/08

_____
JUDGE OR REFEREE